IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CARL EMMETT WYATT, #211 315 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-781-F |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be GRANTED.

Done this 19th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE