# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CARL EMMETT WYATT, #211315, | ) ) ) ) |
| PETITIONER, | ) ) |
| vs. | ) )  CASE NO. 2:05-CV-781-F ) |
| GWENDOLYN MOSLEY, WARDEN, et al., | ) ) ) |
| RESPONDENTS. | ) |

## RESPONDENTS' REQUEST FOR EXTENSION OF TIME

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby request a twenty-one (21) day extension of time in which to file their response as directed by this Court's August 19, 2005 order. The Respondents request this extension on the following grounds:

1. The original due date for this response is Thursday, September 8, 2005.

2. Undersigned counsel has worked diligently to obtain information and supporting documents regarding the petition for writ of habeas corpus filed by the Petitioner, who was convicted in 2000 on the charge of reckless murder and sentenced to thirty years' imprisonment by the Autauga County Circuit Court. Undersigned counsel is currently in the process of obtaining and reviewing the records of the Petitioner's direct appeal, Ala.R.Crim.P. Rule 32 proceedings, and

previous federal petition for writ of habeas corpus, and has been unable to yet properly respond to the Petitioner's claims.

3. If this Court were to grant this request for an extension of time, the response will be due on September 29, 2005. Undersigned counsel will make all efforts to submit said response before that date. The Petitioner will not be prejudiced by this extension in any manner.

Therefore, for these reasons, the Respondents respectfully request this Court to extend its due date for said response to September 29, 2005.

        Respectfully submitted,

        Troy King(KIN047)
        Attorney General
        By:

        /s/Marc A. Starrett
        Marc A. Starrett
        Assistant Attorney General

        ID #STARM1168

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Carl Emmett Wyatt, AIS #211315
    Easterling Correctional Facility
    200 Wallace Drive
    Clio, Alabama 36017

                                                /s/Marc A. Starrett
                                               Marc A. Starrett (STARM1168)
                                               Office of the Attorney General
                                               Alabama State House
                                               11 South Union
                                               Montgomery, AL  36130-0152
                                               Telephone:  (334) 242-7300
                                               Fax:  (334) 242-2848
                                               E-Mail:  MStarrett@AGO.State.Al.US

ADDRESS OF COUNSEL;

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
219401/Wyatt
84802-001