# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA
### JUDICIAL BUILDING, 300 DEXTER AVENUE
### P.O. BOX 301555
### MONTGOMERY, AL 36130-1555

FRANCIS ALLEN LONG, SR.
Presiding Judge
H. WARD McMILLAN
SUE BELL COBB
PAMELA W. BASCHAB
JAMES H. FRY
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

Hon. Fred Posey, Circuit Clerk
Hon. Joseph G. L. Marston, III, Asst. Atty. Gen.
Hon. Gary A. C. Backus, Attorney

RE:   CR-99-1947

Carl Emmett Wyatt v. State of Alabama (Appeal from Autauga Circuit Court: CC99-322).

Dear Sir or Madam:

You are hereby notified that on November 3rd, 2000 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for rehearing overruled.

Lane W. Mann
Clerk
Court of Criminal Appeals

LWM/ lk


EXHIBIT 1F