IN THE SUPREME COURT OF ALABAMA
April 20, 2001

1000989

Ex parte Carl Emmett Wyatt. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Carl Emmett Wyatt v. State of Alabama) (Autauga Cir.Ct.No.: CC-99-322) (Low'r.App.Ct.No.: CR-99-1947)

CERTIFICATE OF JUDGMENT
Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied. NO OPINION.

JOHNSTONE, J. - Moore, C.J., and Houston, Lyons, and Woodall, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 20 day of April, 2001

Robert␣G.␣Esdale,␣Sr.
Clerk, Supreme Court of Alabama

EXHIBIT 14