# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

## CERTIFICATE OF JUDGMENT

*Marston*

17179-001

**Criminal Appeals Case**     CR-99-1947

Carl Emmett Wyatt v. State of Alabama (Appeal from Autauga Circuit Court: CC99-322).

   Whereas, the Record and Proceedings of the Circuit Court of said County, in a certain cause lately pending in said Court between Carl Emmett Wyatt, Appellant and the State of Alabama, Appellee, wherein by said Court, it was considered adversely to said appellant, were appealed to the Court of Criminal Appeals.

   Now, the appeal in this cause having been duly submitted and considered, it is hereby certified that on the 20th day of October, 2000, the judgment of the court below is affirmed.

> Witness, Lane W. Mann, Clerk,
> Court of Criminal Appeals, this
> 20th day of April, 2001
>
> *[signature]*
> **Clerk**
> Court of Criminal Appeals
> State of Alabama



EXHIBIT F