# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Lane W. Mann
 Clerk
Sonja McKnight
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

Starrett
67047

November 5, 2004

CR-03-1347

Carl Emmett Wyatt v. State of Alabama  (Appeal from Autauga Circuit Court: CC99-322.60)

## NOTICE

You are hereby notified that on November 5, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

Lane W. Mann, Clerk
Court of Criminal Appeals

cc: Hon. William W. Moncrief, Circuit Clerk
 Carl Emmett Wyatt, Pro Se
 Marc A. Starrett, Asst. Atty. Gen.



EXHIBIT 26