67047 Starrett

# IN THE SUPREME COURT OF ALABAMA



March 11, 2005

**1040276**

Ex parte Carl Emmett Wyatt. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Carl Emmett Wyatt v. State of Alabama) (Autauga Circuit Court: CC99-322.60; Criminal Appeals : CR-03-1347).

### CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

BOLIN, J. - Nabers, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 11th day of March, 2005

*Robert D Esdale Sr*
Clerk, Supreme Court of Alabama


EXHIBIT 2K

/bb