# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-03-1347

Carl Emmett Wyatt v. State of Alabama  (Appeal from Autauga  Circuit Court: CC99-322.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 13th 2004:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 11th day of March, 2005.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. John B. Bush, Circuit Judge
Hon. William W. Moncrief, Circuit Clerk
Carl Emmett Wyatt, Pro Se
Marc A. Starrett, Asst. Atty. Gen.


EXHIBIT 2