IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL EMMETT WYATT, #211315, | ) ) ) |
| PETITIONER, | ) ) |
| vs. | ) CASE NO. 2:05-CV-781-F ) |
| GWENDOLYN MOSELY, WARDEN, et al., | ) ) ) |
| RESPONDENTS. | ) ) |

**NOTICE OF SUBMISSION OF EXHIBITS**

Come now the Respondents, by and through the Attorney General for the State of Alabama, and hereby respectfully submit to this Court, in paper form, Exhibits 1A and 2A to the Respondents' Answer.

Respectfully submitted,

Troy King(KIN047)
Attorney General
By:

Marc A. Starrett
Assistant Attorney General
ID #STARM1168

## EXHIBITS:

Exhibit 1A: Record on appeal from direct appeal, <u>Wyatt v. State</u>, Autauga County Circuit Court CC-99-322, Alabama Court of Criminal Appeals CR-99-1947

Exhibit 2A: Record on appeal from <u>Ala.R.Crim.P.</u> Rule 32 proceedings, <u>Wyatt v. State</u>, Autauga County Circuit Court CC-99-322.60, Alabama Court of Criminal Appeals CR-03-1347