*Volume 1*

COURT OF CRIMINAL APPEALS NO. 99-1947

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

## FROM

CIRCUIT COURT OF _____ AUTAUGA _____ COUNTY, ALABAMA

CIRCUIT COURT NO. CC-99-322

CIRCUIT JUDGE JOHN B BUSH

Type of Conviction / Order Appealed From: MURDER

Sentence Imposed: 30 YEARS IN DOC

Defendant Indigent: [X] YES  [ ] NO

CARL EMMETT WYATT

GARY A. C. BACKUS                                      NAME OF APPELLANT

(Appellant's Attorney)                      (Telephone No.)
P O BOX 1804

(Address)
MONTGOMERY, AL    36102-1804

(City)              (State)              (Zip Code)

V.

STATE OF ALABAMA

(State represented by Attorney General)                NAME OF APPELLEE

NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)



EXHIBIT
1A

CASE ACTION SUMMARY

TERM: DEM
AGE:   1                         SYSTEM I CRIMINAL                    REL DATE: 02/02/1999

IN THE CIRCUIT COURT OF AUTAUGA                                      JUDGE: JB

STATE OF ALABAMA                  VS      WYATT CARL EMMETT
                                          1759 ALPINE DRIVE          **3**

A:   CC 1999 000322.00                     DEATSVILLE, AL  36022 0000

DOB: 08/03/1941        SEX: M  RACE: W  HT: 5 06  WT: 120   HR: BRO EYES: BLU
SSN: 423487132  ALIAS NAMES:

CHARGE01: MURDER              CODE01: MURD  LIT: MURDER           TYP: F #: 001
CHARGE02: MURDER              CODE02: MURD                        TYP: F #: 001
OFFENSE DATE: 06/02/1999              AGENCY/OFFICER: 004 0000 NELSON

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/07/1999
DATE    INDICTED: 07/30/1999         DATE    FILED: 08/06/1999
DATE    RELEASED:                    DATE  HEARING:
        BOND AMOUNT:     $3,000.00        SURETIES:

DATE 1: 09/07/1999   DESC: ARRG          TIME: 0900 A
DATE 2:              DESC:               TIME: 0000

TRACKING NOS: DC 1999 000519 00  /                   /

    DEF/ATY: BOWERS, ROBERT L, JR     TYPE: A                       TYPE:
             401 2ND AVE N

             CLANTON         AL 35045

    PROSECUTOR: GOGGANS, JAMES GLENN

TH CSE: DC199900051900 CHK/TICKET NO:                 GRAND JURY: 166
COURT REPORTER: ____C.F.N____      SID NO:   000000000
DEF STATUS: JAIL               DEMAND:                        OPER: DEM

| S DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|--------|-------------------------------|-----|
| 08/06/1999 | INDICTMENT, CAPIAS | DEM |
| 08/17/1999 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP FILED | DEM |
| 08/20/1999 | ORDER APPOINTING COUNSEL FILED | DEM |
| 08/31/1999 | PLEA OF NOT GUILTY & WAIVER OF ARRAIGNMENT FILED | DEM |
| 09/02/1999 | CASE ACTION SUMMARY PRINTED          (AROO) | DEM |
| 9/7/99 | Order At Arraignment filed | |
| 9/8/99 | State's Request for Production filed | |
| 9/8/99 | Notice of the State's Intention to Prosecute Under Habitual Felony Offender Act filed | |
| 9-30-99 | Trial set for Oct 25, 1999. JB | |
| 8/25/99 | On Motion of State, due to unavailability of essential State witness, case continued to next term of Court. Plea Day March 24, 2000, Trial May 8, 2000 JB | |

STATE OF ALABAMA                    VS      WYATT CARL EMMETT

| TE | ACTION, JUDGMENTS, CASE NOTES | Page 2 |

1. 18-99 | Copy to Goggans & Bowers

3-24-00 | Case set for trial May 8, 2000 at 8:30 a.m. — JB

5/8/00 | Deft present with counsel. On motion of State with consent of Deft, Court I is dismissed. Jury selected. Trial to begin May 9, 2000 @ 9:00 am JB

5/9/00 | Deft present with counsel. Jury sworn. Trial. At close of State's case Deft moved for Judgment of Acquittal. Motion Denied. At the close of all the evidence Deft renewed Motion for Judgment of Acquittal. Motion Denied. After deliberation the jury returned a verdict finding the Deft Guilty of Reckless Murder that was accepted by the Court. Case continued for PSI + Sentencing to June 14, 2000 @ 9:00 am — JB

6/14/00 | Deft present with counsel for Sentencing. See Attached Sentencing Order JB

CASE ACTION SUMMARY (CONTINUATION)
SENTENCING ORDER

CASE NUMBER
[ CC99-322 ]

STATE OF ALABAMA VS.   Carl Emmett Wyatt

Page 3

ATE: 6/14/00

JUDGE'S                    ACTIONS, JUDGMENTS, CASE NOTES
INITIALS

## Sentencing Order

The Defendant and counsel, and counsel for the State of Alabama appeared in open court for the Defendant to be sentenced on his/her conviction of _____ Murder

[✗] The Defendant is adjudged guilty of _____ Murder _____ .

## Habitual Felony Offender

[ ] The Defendant has been given reasonable notice that the State intended to move the Court to sentence the Defendant under the provisions of Sec. 13A-5-9 and 10, Code of Alabama, 1975.

[ ] The State's motion to sentence the Defendant pursuant to the Habitual Felony Offender Act is [ ] granted; [ ] denied. The Court finds the Defendant has _____ [ ] prior convictions: _____

## Sentence

[ ] The Defendant waived a sentence hearing.

[✗] The Court conducted a sentence hearing.

[✗] A pre-sentence report was requested by the Defendant and considered by the Court.

[ ] The defendant waived a pre-sentence investigation and report.

[ ] Y.O.A.

[✗] The Court asked the Defendant if he/she had anything to say why the sentence of law should not be imposed against him/her and [] the Defendant having had his/her say, [✗] the Defendant had nothing to say, it is ORDERED as follows:

[✗] The Defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of 30 year(s), and _____ month(s), _____ day(s) [] his/her life, [] his/her life without parole.

[ ] The Defendant is sentenced to the custody of the Sheriff of _____ County, Alabama, for a period of ____ one year, _____ month(s), _____ day(s).

[ ] The Defendant is sentenced to the custody of the Warden of the City of _____, Alabama Jail, for a period of _____ one year, _____ month(s), _____ day(s).

[ ] The Defendant is fined the sum of $ _____

[ ] Frank-Lee Youth Center is recommended

[ ] The Defendant's sentence shall be concurrent with the sentence(s) imposed in _____

[✗] The Defendant shall pay restitution in the amount of $ 39,211.44 per CO

[✗] The Defendant shall pay the costs of this case.

[✗] The Defendant shall pay the Alabama Crime V. C. F. the sum of $ 100.00 .

[✗] The Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $ 1000.00 .

[✗] The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

[✗] The Defendant is given credit for time served.

[✗] Deft. Jurnd Rt to Appeal

ACTIONS, JUDGMENTS, CASE NOTES

.TE _____

.GE'S
INITIALS

SENTENCE SUSPENDED

[  ]  The Defendant's sentence is suspended, and the Defendant is placed on

    [  ] court supervised probation for a period of _____.
    [  ] unsupervised probation for a period of _____.
    [  ] supervised probation for a period of _____.

### SPLIT SENTENCE - SEC. 15-18-8, CODE OF ALABAMA

[  ]  The Defendant's sentence is hereby suspended in accordance with the provision of
the Split Sentence Act. The Defendant's minimum period of confinement in a prison or
jail shall be _____.

[  ]  The Defendant shall serve the aforesaid minimum period of confinement in the custody of
the _____ who shall fully comply with the terms
of this Court's Sentencing Order in maintaining Defendant's custody.

[  ]  In accordance with Sec. 15-18-8, this Court retains jurisdiction and authority over
this Defendant for the duration of his sentence. The Defendant shall not be eligible
for, nor shall Defendant be granted, work release, S.I.R., early release,
prediscretionary leave, or parole during the minimum period of confinement. The Court
may be petitioned for review of sentence during the minimum period of confinement by
the Defendant or Defendant's custodian for the purpose of requesting modifications or
amendments to this Sentencing Order including requests for entry into the above
programs or supervised probation.

[  ]  After the Defendant has served the minimum period of confinement or at some time before
the end of the confinement period, as directed by the Court, the Defendant shall be
transported back to this Court by the department having custody of Defendant for the
imposition of the terms and conditions of probation. The probation term shall be
_____.

[  ]  The Defendant is a drug offender or has otherwise been determined to have a problem
with substance abuse. The Defendant is in need of an intensive substance abuse
program. The Defendant is, therefore, ordered to complete the substance abuse program
at _____. Upon completion of the program or upon
the Defendant reaching maximum benefit of the program, the Defendant's sentence shall
be reviewed by the Court for imposition of other terms and conditions of the Split
Sentence.

### REVERSE SPLIT SENTENCE

[  ]  The Defendant's sentence is hereby suspended in accordance with Sec. 15-18-8 on a
reverse split. The Defendant is ordered to serve a minimum period of confinement in a
prison or jail for _____ as a first condition of probation. This
term of confinement shall be in the custody of the _____. The
Defendant's incarceration period is postponed for a period of _____(mo/yr). At
the expiration of the Defendant's supervised probation period, the Defendant shall
appear before the Court and show cause why the incarceration period should be postponed
indefinitely.

### SPLIT SENTENCE - BOOT CAMP

[  ]  The Defendant's sentence is suspended, and he is placed on supervised probation for a
period of _____; however, as the first condition of his probation
the Defendant shall serve up to 180 days in the custody of the Commissioner of the
Department of Corrections and he shall successfully complete the Disciplinary
Rehabilitation Program. If the Defendant successfully completes the program, he shall
be returned to this Court for the imposition of further terms and conditions of
probation. If the Defendant does not successfully complete the program, he shall
remain in the custody of the Commissioner of the Department of Corrections for a
period of _____.

[  ]  _____

    _____

STATE  OF  ALABAMA                VS    WYATT CARL EMMETT

| | ACTION, JUDGMENTS, CASE NOTES | Page 4 |
|---|---|---|
| 6/14/00 | Order Assessing Court Costs, Fines, Restitution and | |
| | Recoupment of Attorney Fees filed | |
| 6/19/00 | Notice of Appeal to the Court of Criminal Appeals of Alabama filed | |
| 6/19/00 | Motion to Withdraw filed | |
| 6/19/00 | Motion for Leave to Appeal in Forma Pauperis filed | |
| 6/19/00 | Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk | |
| 6/21/00 | Order filed - Motion to Withdraw Granted   (6/27 copy to Bowers) | |
| 6/21/00 | Order for Appointment of Counsel on Appeal filed (6/27 Copy to Backus) | |
| 6/27/00 | Amended Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk   (6/27 copies mailed) | |
| 6/30/00 | Court of Criminal Appeal Docketing Statement filed (7/11/00 Copies Mailed) | |
| 6/30/00 | Reporter's Transcript Order B Criminal filed (7/11/00 Copies Mailed) | |



# INDICTMENT

Autauga County------July 1999------Grand Jury #  166

## THE STATE OF ALABAMA

vs.

### CARL EMMETT WYATT                 CC-99-322-B

Hair: BRN    Eyes: BLU    Height: 5  ft. 6  in.  Weight: 120    DOB: 08/03/1941   SID:

Address:  1744 ALPINE DRIVE, DEATSVILLE, AL 36022

| CHARGES | WITNESSES |
|---|---|
| 1. MURDER | T.E. BLEVINS |
| 2. MURDER (alternative count) | DONALD BRACKIN |
| | DEPUTY BURKS |
| | DR. EDWARD FOXHALL |
| | DR. GREGORY WANGER |
| | DR. NORMAN GARRISON |
| | JERRY L MCMICHAEL |
| | LT. DONNIE NELSON |
| | JOSEPH SALOOM |
| | BYRON SEARCY |
| | BYRON SEARCY |
| | THOMAS SEARCY |
| | JOE SEDINGER |

A TRUE BILL _Katie R. Works Jackson_

Foreperson Grand Jury

Bail fixed at $ 30,000.00

this 30th day of  JULY , ,1999

_____ Circuit Judge

Presented to the presiding Judge in open
Court by the Foreperson of the Grand Jury.

and filed by order of the Court this 30TH day
of JULY, 1999

_____ Clerk

District Court Bond Amount $_____

DEFENDANT *HAS/HAS NOT* POSTED
BOND IN DISTRICT COURT

# INDICTMENT

## THE STATE OF ALABAMA, AUTAUGA COUNTY
### CIRCUIT COURT - NINETEENTH JUDICIAL CIRCUIT

The Grand Jury of Autauga County charge that, before the finding of the indictment,
**CARL EMMETT WYATT**

Whose true name is to the Grand Jury unknown, otherwise than as stated,

did intentionally cause the death of another person, HERMAN SEARCY, by BY SHOOTING HIM with a PISTOL, in violation of Section 13A-6-2(a)(1), Code of Alabama, 1975, OR, in the alternative.

## COUNT 2

The Grand Jury of said county further charge that, before the finding of this indictment, CARL EMMETT WYATT, whose name is otherwise unknown to the Grand Jury, did under circumstances manifesting extreme indifference to human life, he recklessly engaged in conduct which creates a risk of death to a person other than himself to wit: being intoxicated did fire a gun without first identifying whom he was shooting at and did cause the death of HERMAN SEARCY, in violation of Section 13A-6-2(a)(2), Code of Alabama, 1975.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

JANICE CLARDY
District Attorney
NINETEENTH Judicial Circuit

CAPIAS

# STATE OF ALABAMA, AUTAUGA COUNTY

GJ# 166

CC-99-322

**TO ANY SHERIFF OF THE STATE OF ALABAMA—Greeting:—**

An Indictment having been found at the _July 30_, Term, 19_99_ of the Circuit Court of

Autauga County against _Carl Emmett Wyatt_

for the offense of _Murder (2 cts)_

You are therefore commanded forthwith, to arrest the said _____

_Carl Emmett Wyatt_

and commit him/her to jail unless he gives bail to answer such indictment and that you return this writ according to law.

Witness Fred Posey, Clerk of Circuit Court of Autauga County, this the

_4_ day of _August_ A. D. 19_99_

_Fred Posey_

Circuit Clerk
Autauga County, Alabama

Bond set in the amount of $ _30,000.00_

Received in office _____ day of _____ 19____

_____
Sheriff

Executed by _In Jail_

_6_ day of _Aug_ 19_99_

_____
Sheriff

_Longcrier_
Deputy Sheriff

ADD/ _1744 Ainne Dr_
_Deatsville, AL 36022_
DOB/ _8 / 3 / 41_
SSN/ _423 - 48 - 7132_
RACE/ _W_   SEX/ _M_
HAIR/ _Brn_   EYE/ _Blu_
WGT/ _120_   HGT/ _5'6"_

DATE/ _____ / _____ / _____
AIN#/
PIC CODE/

FRED POSEY
CIRCUIT CLERK

1999 AUG -6 AM

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL

State of Alabama
Unified Judicial System
Form C-10A
Page 1 of 2                    Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL
# HARDSHIP AND ORDER

Case Number
CC-99-322-B

IN THE _____ CIRCUIT _____ COURT OF _____ AUTAUGA _____, ALABAMA
(Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE:   STATE OF ALABAMA _____ v. _____ CARL EMMETT WYATT _____
                        Plaintiff(s)                              Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): MURDER (2 cts)

☐ **CIVIL CASE–** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE–** (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION–** I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

SECTION I.

1. **IDENTIFICATION**
   Full name _CARL EMMETT WYATT_   Date of birth _8-3-61_
   Spouse's full name (if married) _____
   Complete home address _1759 Alpine Dr. Deatsville, AL_
   Number of people living in household _3_   _I stay with my brother_
   Home telephone number _234-365-0611_
   Occupation/Job _On site_   Length of employment _Chan Pa. . ._
   Driver's license number _____   *Social Security Number _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_
   Employer _None_   Employer's telephone number _____
   Employer's address _None_ _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income ..................... $ _96.00 per wk. V.A. Comp_
   Spouse's Monthly Gross Income (unless a marital offense) ... _None_
   Other Earnings: Commissions, Bonuses, Interest Income, etc. ... _None_
   Contributions from Other People Living in Household ... _None_
   Unemployment/Workmen's Compensation,
      Social Security, Retirements, etc. ... _None_
   Other Income (be specific) _None_ _____

   **TOTAL MONTHLY GROSS INCOME** ........... $ _96.00_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage ................ $ _96.00_
      Total Utilities: Gas, Electricity, Water, etc.
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)

*OPTIONAL

*12*

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s) _____ 0
Educational/Employment Expenses _____ 0
Other Expenses (*be specific*) _____ 0

Sub-Total

A $ _____ 0

B. Child Support Payment(s)/Alimony $ _____ 0

Sub-Total

B $ _____ 6

C. Exceptional Expenses $ _____ 0

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only) $ _____ 0

---

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME** $ _____

---

4. **LIQUID ASSETS:**
Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*) $ _____ 0
Equity in Real Estate (value of property less what you owe) _____ 0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____ 0
Other (*be specific*)
Do you own anything else of value? ☐ Yes ☑ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

**TOTAL LIQUID ASSETS** $ _____

---

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

__19__ day of __AUGUST__, 19 __99__.

_____
Judge/Clerk/Notary

_Carl E. Wyatt_
Affiant's Signature

CARL EMMETT WYATT
Print or Type Name

FRED POSEY
CIRCUIT CLERK.

1999 AUG 19 AM 8: 12

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO. AL

ORDER APPOINTING COUNSEL

Unified Judicial System

Form C-10 B     Rev. 2/95

THE _____CIRCUIT_____ COURT OF _____AUTAUGA_____ ALABAMA
        (Circuit, District, or Municipal)          (Name of County or Municipality)

_LE OF CASE: ____STATE OF ALABAMA____ v. ____CARL EMMETT WYATT____
              Plaintiff(s)                         Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): ___MURDER (2CTS)___

---

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐  Affiant is not indigent and request is DENIED.

☐  Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____
   toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed
   as follows: _____
   _____

☒  Affiant is indigent and request is GRANTED.

☐  The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that  Robert Bowers, Jr , is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses,
approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____20_____ day of __August__, 19 99

                                                                    _____
                                                                    Judge

FRED POSEY
CIRCUIT CLERK

1999 AUG 20 PM 12: 59

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL

8-26 Copy to DA, Atty Deft

Unified Judicial System

Form C-69   Rev   6/88

**PLEA OF NOT GUILTY
AND WAIVER OF ARRAIGNMENT**

14

THE _____ Circuit _____ COURT OF _____ Autauga _____ COUNTY

STATE OF ALABAMA v. _____ Carl Emmett Wyatt _____

**COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty**

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _____ 8-3-41 _____. Defendant's age is _____ 58 _____.
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

_____ 8-31-99 _____
Date

_____ 8-31-99 _____
Date

X _____ (signature) _____
Defendant

_____ (signature) _____
Attorney for Defendant

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

FILED IN
CIRCUIT CLERK'S OFFICE
AUTAUGA CO., AL.

1999 AUG 31  PM 2: 29

FRED POSEY
CIRCUIT CLERK
_____ 99

_____ (signature) _____
Attorney for Defendant Signature

_____ Robert L. Dowers Jr. _____
Printed Attorney's Name

_____
Address

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

_____ 8-31-99 _____
Date

Filed in office this date _____ 8-31-99 _____

X _____ (signature) _____
Defendant Signature

_____ Fred Posey _____
Clerk

By: _____ (initials) _____

COURT RECORD (Original)     DEFENDANT (Copy)     ATTORNEY (Copy)

IN THE CIRCUIT COURT OF _Autauga_ COUNTY, ALABAMA

STATE OF ALABAMA,                    *    CASE NO. CC-_99-322_

        Plaintiff,                   *    CHARGE _Murder_

vs.                                  *    _____

_Carl Emmett Wyatt_                  *    _____

        Defendant.                   *    _____

### ORDER AT ARRAIGNMENT

The Defendant having been arraigned, the Court makes the following orders:

1. The trial date is the week of _Oct. 25, 1999_ .

2. The Defendant and State are allowed 14 days to file special pleas or motions which includes discovery outside of standard orders.

3. A Plea Day will be held as scheduled. _Sept. 30, 1999 @ 9:00 a.m._ THE DISTRICT ATTORNEY HANDLING THESE CASES, THE DEFENSE ATTORNEY AND THE DEFENDANT ARE ORDERED TO APPEAR ON THIS DAY.  Any pending motions and any pleas with recommendations shall be heard on this day.  No recommendation shall be entertained by the Court with respect to sentencing after said date.

4. The Defendant must inform the Court on Plea Day whether or not the case will be tried or whether the Defendant will enter a plea of guilty.

5. THE FAILURE OF THE DEFENDANT TO COMPLY WITH THE TERMS OF THIS ORDER SHALL, AT THE DISCRETION OF THE COURT, RESULT IN FORFEITURE OF THE DEFENDANT'S BOND AND THE ISSUANCE OF A WRIT OF ARREST, if the defendant is on bond.

ORDERED this the _7th_ day of _September_, 1999

_Sibley Reynolds_
SIBLEY REYNOLDS, CIRCUIT JUDGE

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO. AL

STATE OF ALABAMA

VS.

Carl Everett Wyatt

IN THE CIRCUIT COURT OF

Autauga _____ COUNTY, ALABAMA

CASE NO. CC— 99- 322

## STATE'S REQUEST FOR PRODUCTION

The State of Alabama hereby requests the Defendant:

1. To allow the state to analyze, inspect, and copy or photograph any and all books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce in evidence at the trial of this cause.

2. To allow the State to inspect and copy any and all results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this case, which are within the possession or control of the defendant and which the defense intends to introduce in evidence at the trial of this case or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

This request includes any and all such evidence or information now in the possession of the defendant, or which comes into the possession of the defendant in the future, or of which the defendant now has knowledge r in the future obtains knowledge.

DATED this the 8th day of September, 1999

_____
ASSISTANT DISTRICT ATTORNEY

FILED IN
CIRCUIT CLERKS OFFICE
AUTUGA CO., AL

1999 SEP -8 PM 3: 18

FRED POSEY
CIRCUIT CLERK

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this date served a copy of the foregoing on the Attorney for the Defendant in the above styled cause, by:

☐ United States mail.

☑ Personal Service.

_____
ASSISTANT DISTRICT ATTORNEY

STATE OF ALABAMA

VS.

Carl Emmett Wyatt

*
*
*
*
*
*
*

IN THE CIRCUIT COURT OF *17*

Autauga COUNTY, ALABAMA

CASE NUMBER CC-99-322

## NOTICE OF THE STATE'S INTENTION TO PROSECUTE
## UNDER HABITUAL FELONY OFFENDER ACT

COMES NOW the State of Alabama, by and through the Office of the District Attorney for the Nineteenth Judicial Circuit, to respectfully file Notice that the State intends to prosecute said Defendant under the provisions of the Habitual Felony Offender Act, § 13A-5-9, Code of Alabama, 1975, should said Act be applicable to said Defendant.

Further, the State gives notice that should the provisions of said Act be applicable to said Defendant, the State shall, pursuant to Rule 6(b) (3) (ii), Alabama Rules of Criminal Procedure, at a reasonable time prior to any sentencing hearing provide the Defendant with the prior felony convictions upon which the State will rely to invoke the provisions of said Act.

Notice given on this the 8th day of September, 19 99.

_____
ASSISTANT DISTRICT ATTORNEY

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL
1999 SEP -8 PM 3:18
FRED POSEY
CIRCUIT CLERK

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this date served a copy of the foregoing on the Attorney for the Defendant in the above styled cause, by:

☐ United States mail.

☑ Personal Service.

_____
ASSISTANT DISTRICT ATTORNEY

State of Alabama                    In the Circuit Court
                                    of Antauga C.

            vs

Carl E. Wyatt
        Defendant                   Case No.
                                        CC 99 - 322


            Defendant's Requested Jury Charge

    Defendant request the Court to
instruct the jury on the Charge
of Criminally Negligent Homicide

    Dated this the 9th day of May 2000


                        Robt W Avery
                        Attorney for Defendant

We, the jury, find the Defendant Carl Emmett Wyatt Guilty of Reckless Murder as charged in the Indictment.

Robbin W. Barnes
Foreperson

We, the jury, find the Defendant Carl Emmett Wyatt Guilty of Manslaughter as embraced in The Indictment.

_____
Foreperson

We, the jury, find the Defendant Not Guilty.

_____
Foreperson

IN THE ____Circuit____ COURT OF ____Autauga____ COUNTY

STATE OF ALABAMA V. _Carl Emmett Wyatt_    CASE# _CC99-322_

## ORDER ASSESSING COURT COSTS, FINES
## RESTITUTION AND RECOUPMENT OF ATTORNEY FEES

A Sentence/Restitution was held on ____Jan 14, 2000____

and the following court ordered monies are to be paid by the Defendant:

____ Court Costs __757.00__ to be paid by _____ .
                  _full_

____ Restitution in the amount of __39,211.44__ to _per list_ _____

to be paid by _____ .

____ Restitution to be paid in installments of_____ a _____

beginning _____ .

____ Victim Compensation in the amount of __100.00__ to be paid by _____ .

____ Court Ordered Attorney Fees____ _1000.00_ to be paid by _____ .

____ Fines_____    to be paid by _____ .

TOTAL _____

The above Court Ordered monies are to be paid directly to the Clerk of this Court. If payment is author-
ized to be made in installments there shall be paid an additional $1.00 administrative as provided in Sec.
12-19-26, Code of Alabama, 1975, with each periodic payment.

____ Court ordered monies are a condition of probation and if probation is revoked, this Costs Order shall
be forwarded to the Department of Corrections. This Order shall be enforceable during the period of im-
prisonment and shall be paid from any income or other assets to which the Defendant shall be entitled, in-
cluding prisoner's money on deposit. Any person in real or constructive possession, custody or control of
such employment income, other income or assets of the Defendant, shall pay over, deliver, convey, transfer
and assign the same to the Clerk of this Court. This Order shall be a condition of future parole.

____ This Order shall be enforceable during the period of imprisonment and shall be paid from any income
or other assets to which the Defendant shall be entitled, including prisoner's money on deposit. Any person
in real or constructive possession, custody or control of such employment income, other income or assets of
the Defendant, shall pay over, deliver, convey, transfer and assign the same to the Clerk of this Court. This
Order shall be a condition of future parole.

ORDERED at _Prattville_ , Alabama, this _14th_ _day of Jan, 2000_ .

2000 JUN 14 PM 2: 45

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL
JANICE LEE
CIRCUIT CLERK

_John B Bush_
Circuit Judge

| | | |
|---|---|---|
| Jackson's Hospital | $31,406.00 | R 008 |
| Radiology Group, PA | 78.00 | R 001 |
| Ala. Pathology Assoc. | 235.00 | R 002 |
| Prattville Fire & Ambulance | 477.94 | R 004 |
| Prattville Baptist Hospital | 448.85 | R 003 |
| Greenwood and Serenity Cemetery (opening and closing grave space) | 840.00 | R 005 |
| Greenwood and Serenity Cemetery (marker engraving) | 165.00 | |
| Leak-Memory Chapel | 1,535.65 | R 006 |

| | |
|---|---|
| Donald F. Brackin | 1,311.00 |
| Stephen Searcy | 224.65 |

~~TOTAL~~         $ 35,186.44

_[signature]_ 25 (pr00)

Please sign verifying restitution/ACVCC application amount

DR. Edward Foxhall, II          4,025.00          R007

Total     $  39,211.44

FRED POSEY
CIRCUIT CLERK

2000 JUN 14 PM 2 45

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL

## NOTICE OF APPEAL TO THE COURT
## OF CRIMINAL APPEALS OF ALABAMA

CARL EMMETT WYATT                    IN THE CIRCUIT COURT OF

    APPELLANT
                                     AUTAUGA COUNTY, ALABAMA
VS.

STATE OF ALABAMA

    APPELLEE                         CASE NO. CC 99-322


                                     DATE OF JUDGEMENT 06/14/00

NOTICE IS HEREBY GIVEN that Carl Emmett Wyatt, appeals to the
above named Court from the Judgement entered in this cause on the
23rd day of February, 1993, adjudging the Defendant to be guilty of
the offense of Murder, and as punishment thereof, sentencing the
Defendant to serve a term of 30 years.

_Carl E. Wyatt_ _____
CARL EMMETT WYATT

_Robert M. Bowers_ _____
ROBERT L. BOWERS, JR.
ATTORNEY FOR APPELLANT
401 SECOND AVENUE NORTH
CLANTON, AL 35045
755-7428

THE ABOVE NOTICE OF APPEAL BEING PRESENTED to the Court, the
appeal bond is hereby set in the amount of $_____.

DATED this the _____ day of _____, 2000.


                    _____
                    CIRCUIT JUDGE

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO., AL

2000 JUN 19  PM 3: 13

FRED POSEY
CIRCUIT CLERK

STATE OF ALABAMA

IN THE CIRCUIT COURT OF

     PLAINTIFF

AUTAUGA COUNTY, ALABAMA

VS.

CARL EMMETT WYATT

     DEFENDANT

CASE NO. CC 99-322

## MOTION TO WITHDRAW

    Comes now the undersigned and moves to withdraw as attorney of record for the Defendant, Carl Emmett Wyatt, and for grounds says as follows:

    1. That the Defendant has filed an Appeal of his conviction.

    2. That the undersigned serves as the Public Defender for Autauga County, Alabama, and under the contract that the undersigned has with the State, the undersigned is not required to handle the appeal.

    WHEREFORE, THE PREMISES CONSIDERED, the undersigned moves the Court to be allowed to withdraw as attorney of record for the Defendant on his Appeal.

    DATED this the 15TH day of June, 2000.

FILED IN
CIRCUIT CLERK'S OFFICE
AUTAUGA CO., AL
2000 JUN 19 PM 3: 1
FRED POSEY
CIRCUIT CLERK

ROBERT L. BOWERS, JR.
ATTORNEY AT LAW
401 2ND AVENUE NORTH
CLANTON, AL 35045
(205) 755-7428

STATE OF ALABAMA

    PLAINTIFF

VS.

CARL EMMETT WYATT

    DEFENDANT

IN THE CIRCUIT COURT OF

AUTAUGA COUNTY, ALABAMA

CASE NO. CC 99-322

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

    Comes now the Defendant, and moves the Court for an Order granting leave to appeal in Forma Pauperis, and in support of said Motion says as follows:

    1.  That the Defendant in the above entitled case has been incarcerated since ___6 - 1 - 1999___, and has had no income or benefits and is unable to pay the cost of said proceedings or to give security therefore.

    2.  That the Defendant further request the Court to appoint counsel for him to handle his appeal, and request the Court to order a transcript to be made of all actions necessary for the proper appeal of said case.

    DATED this the _15th_ day of _June_, 2000.

FILED IN
CIRCUIT CLERKS OFFICE
AUTAUGA CO. AL
2000 JUN 19 PM 3: 13
FRED POSEY
CIRCUIT CLERK

ROBERT L. BOWERS, JR.
ATTORNEY FOR DEFENDANT
401 SECOND AVENUE NORTH
CLANTON, AL 35045
755-7428

| APPELLANT'S NAME (as it appears on the indictment) | | CITY OF _____ |
|---|---|---|
| | | APPELLEE |

XXX CIRCUIT ☐ DISTRICT ☐ JUVENILE COURT OF __Autauga__ COUNTY

RCUIT/DISTRICT/XXXXXXX JUDGE: _____JOHN B BUSH_____

DATE OF NOTICE OF APPEAL: _____6/19/00_____

(NOTE: If the appellant is incarcerated and files notice of appeal, this date should be the date on the certificate of service, or if there was no certificate of service, use the postmark date on the envelope.)

**INDIGENCY STATUS:**
Granted Indigency Status at Trial Court: ☒ Yes ☐ No
Appointed Trial Counsel Permitted to Withdraw on Appeal: ☐ Yes ☐ No
Indigent Status Revoked on Appeal: ☐ Yes ☐ No

**DEATH PENALTY:**
Does this appeal involve a case where the death penalty has been imposed? ☐ Yes ☒ No

**TYPE OF APPEAL: (Please check the appropriate block.)**
☒ State Conviction          ☐ Pretrial Appeal by State     ☐ Juvenile Transfer Order
☐ Rule 32 Petition          ☐ Contempt Adjudication        ☐ Juvenile Delinquency
☐ Probation Revocation      ☐ Municipal Conviction         ☐ Habeas Corpus Petition
☐ Mandamus Petition         ☐ Writ of Certiorari           ☐ Other(specify) _____

IF THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC.) OR FROM ANY OTHER ORDER ISSUED BY THE TRIAL JUDGE, COMPLETE THE FOLLOWING:

TRIAL COURT CASE NO.: _____

DATE ORDER WAS ENTERED: _____     PETITION: ☐ Dismissed   ☐ Denied   ☐ Granted

IF THIS IS AN APPEAL FROM A CONVICTION, COMPLETE THE FOLLOWING:

DATE OF CONVICTION: _____5/9/00_____     DATE OF SENTENCE: _____6/14/00_____

YOUTHFUL OFFENDER STATUS:
Requested: ☐ Yes ☒ No     Granted:  ☐ Yes ☐ No

FOR EACH CONVICTION BELOW: (attach additional page if necessary)

1. Trial Court Case No. __CC-99-322__     CONVICTION: _____Murder_____
   Sentence: _____30 years DOC_____
2. Trial Court Case No. _____     CONVICTION: _____
   Sentence: _____
3. Trial Court Case No. _____     CONVICTION: _____
   Sentence: _____

| POST-JUDGMENT MOTIONS FILED: (complete as appropriate) | Date Filed | Date Denied | Continued by Agreement To (Date) |
|---|---|---|---|
| ☐ Motion for New Trial | | | |
| ☐ Motion for Judgment of Acquittal | | | |
| ☐ Motion to Withdraw Guilty Plea | | | |
| ☐ Motion in Arrest of Judgment | | | |
| ☐ Other _____ | | | |

COURT REPORTER(S): _____Mrs. Carol Fain_____
ADDRESS: _____8935 U S Hwy 231, Room 232_____
_____Wetumpka, AL  36092_____
APPELLATE COUNSEL: _____Robert I. Bowers, Jr._____ MOTION TO WITHDRAW FILED
ADDRESS: _____401 2nd Ave N, Clanton, AL 35045_____

APPELLANT: (IF PRO SE) ...... AIS# _____
ADDRESS: _____

APPELLEE: (IF CITY APPEAL): .. _____
ADDRESS: _____

I ...fy that the information provided above is accurate to the best of my knowledge and I have served a copy of this Notice of Appeal on all parties to this action on this __19th__ day of ____June____, __2000__.

_____
CIRCUIT COURT CLERK

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

STATE OF ALABAMA _____, )
           Plaintiff         )
                         )
**v.**                   )    Case No. _____ CC-99-322 _____
                         )
                         )
CARL EMMETT WYATT _____, )
           Defendant       )

## ORDER ON MOTION

This matter is before the Court on the Motion of _____
Defendant's Attorney _____

to _____ Withdraw as Counsel _____
_____.

Upon consideration the Court finds that the Motion is _____ well taken.  It is
therefore ORDERED, ADJUDGED and DECREED that the Motion be and is hereby _____
GRANTED _____.

The _____ is allowed _____ days from this date in which
to _____.
_____
_____

DONE and ORDERED this _21st_ day of _____ June _____, ~~19XX~~ _2000_

_____
Circuit Judge — 19th Judicial Circuit

copies to:
  Plaintiff
  Defendant

FILED IN
CIRCUIT CLERK'S OFFICE
AUTAUGA COUNTY, ALA.

A.M.  JUN 2 1 2000  P.M

FRED POSEY
CLERK

IN THE CIRCUIT COURT OF AUTAUGA COUNTY, ALABAMA.

STATE OF ALABAMA,

     PLAINTIFF,

V.                            CASE NO.  CC-99-322

CARL EMMETT WYATT,

     DEFENDANT.


<u>ORDER FOR APPOINTMENT OF COUNSEL ON APPEAL</u>

This matter is before the Court on Defendant's Motion for Leave to Appeal In Forma Pauperis.  After consideration, it is therefore ORDERED, ADJUDGED, and DECREED as follows:

The Honorable Robert Bowers, Jr., is withdrawn as Counsel for the Defendant.  The Defendant, having given notice of appeal and being an indigent party, it is ORDERED that the Court Reporter prepare a transcript of the record in this case.  It is further ORDERED that Honorable Gary A. C. Backus, P. O. Box 1804, Montgomery, Alabama 36102-1804, is appointed to represent the Defendant on appeal.

DONE this 21st day of June, 2000.


                                     John B. Bush, Circuit Judge

APPELLANT'S NAME
(as it appears on the indictment)

STATE OF ALABAMA

☐ CITY OF _____

APPELLEE

☒ XXX CIRCUIT   ☐ DISTRICT   ☐ JUVENILE COURT OF _____ AUTAUGA _____ COUNTY

CIRCUIT/DISTRICT/JUVENILE JUDGE: _____ JOHN B BUSH _____

DATE OF NOTICE OF APPEAL: _____ 6/19/00 _____

(NOTE: If the appellant is incarcerated and files notice of appeal, this date should be the date on the certificate of service, or if there was no certificate of service, use the postmark date on the envelope.)

INDIGENCY STATUS:
Granted Indigency Status at Trial Court:          ☒ Yes ☐ No
Appointed Trial Counsel Permitted to Withdraw on Appeal:    ☒ Yes ☐ No
Indigent Status Revoked on Appeal:               ☐ Yes ☒ No

DEATH PENALTY:
Does this appeal involve a case where the death penalty has been imposed?   ☐ Yes ☒ No

TYPE OF APPEAL: (Please check the appropriate block.)
☒ State Conviction        ☐ Pretrial Appeal by State     ☐ Juvenile Transfer Order
☐ Rule 32 Petition        ☐ Contempt Adjudication        ☐ Juvenile Delinquency
☐ Probation Revocation    ☐ Municipal Conviction         ☐ Habeas Corpus Petition
☐ Mandamus Petition       ☐ Writ of Certiorari           ☐ Other(specify) _____

IF THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC.) OR FROM ANY OTHER ORDER ISSUED BY THE TRIAL JUDGE, COMPLETE THE FOLLOWING:

TRIAL COURT CASE NO.: _____

DATE ORDER WAS ENTERED: _____    PETITION: ☐ Dismissed  ☐ Denied  ☐ Granted

IF THIS IS AN APPEAL FROM A CONVICTION, COMPLETE THE FOLLOWING:
DATE OF CONVICTION: _____ 5/9/00 _____    DATE OF SENTENCE: _____ 6/14/00 _____

YOUTHFUL OFFENDER STATUS:
Requested:  ☐ Yes ☒ No    Granted:  ☐ Yes ☐ No

EACH CONVICTION BELOW: (attach additional page if necessary)
1.  Trial Court Case No. __CC-99-322__    CONVICTION: __Murder__
    Sentence: _____ 30 years DOC _____
2.  Trial Court Case No. _____    CONVICTION: _____
    Sentence: _____
3.  Trial Court Case No. _____    CONVICTION: _____
    Sentence: _____

POST-JUDGMENT MOTIONS FILED: (complete as appropriate)   Date Filed   Date Denied   Continued by Agreement To (Date)
☐ Motion for New Trial ...........................................  _____   _____   _____
☐ Motion for Judgment of Acquittal ...............................  _____   _____   _____
☐ Motion to Withdraw Guilty Plea .................................  _____   _____   _____
☐ Motion in Arrest of Judgment ...................................  _____   _____   _____
☐ Other ..........................................................  _____   _____   _____

COURT REPORTER(S): .........  Mrs. Carol Fain
ADDRESS: ...................  8935 U S Hwy 231, Room 232
                             Wetumpka, AL  36092
APPELLATE COUNSEL: ... *     Gary A. C. Backus
ADDRESS: ...............*     P O Box 1804, Montgomery, AL  36102-1804

APPELLANT: (IF PRO SE) ...... AIS# _____
ADDRESS: ...................

APPELLEE (IF CITY APPEAL): ..
ADDRESS: ...................

I ____ ify that the information provided above is accurate to the best of my knowledge and I have served a copy of this Notice of Appeal on all parties to this action on this _27th_ day of _June_, _2000_

_____
CIRCUIT COURT CLERK

**DOCKETING STATEMENT**

CR-99-1947

---

**A. GENERAL INFORMATION:**

CIRCUIT COURT OF AUTAUGA COUNTY

CARL EMMETT WYATT, Appellant

v.

STATE OF ALABAMA

| Case Number | Date of Complaint or Indictment: | Date of Judgment/Sentence/Order: |
|---|---|---|
| CC-99-322 | N/A | Sentence June 14, 2000 |
| Number of Days of Trial | Date of Notice of Appeal | |
| 1 | Oral: N/A, Written: June 19, 2000 | |
| Indigent Status Requested:  Yes | Indigent Status Granted:  Yes | |

---

**B. REPRESENTATION:**

Is Attorney Appointed or Retained?  Appointed

If no attorney, will appellant represent self?

Appellant's Attorney

Telephone Number

GARY A. C. BACKUS

(334) 265-0800

| Address | City | State | Zip Code |
|---|---|---|---|
| Post Office Box 1804 | Montgomery | Alabama | 36102-1804 |

---

**C. CODEFENDANTS:**  List each CODEFENDANT and the codefendant's case number.

Codefendant: _____      Case Number _____

Codefendant: _____      Case Number _____

Codefendant: _____      Case Number _____

---

**D. TYPE OF APPEAL:** (1) State Conviction

**E. UNDERLYING CONVICTION/CHARGE:** Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

(2) Homicide – Reckless Murder – Sec. 13A-6-2.

---

**F. DEATH PENALTY:**

Does this appeal involve a case where the death penalty has been imposed?  No

---

**G. TRANSCRIPT:**

1.  Will the record on appeal have a reporter's transcript?  Yes

2.  If the answer to question 1 is Yes, state the date the Reporter's Transcript Order was filed.  June 28, 2000.

3.  If the answer to question 1 is No:

    (a)  Will a stipulation of facts be filed with the circuit clerk?

    (b)  Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?

NOTE: If the appeal is from the district or juvenile court and the answer to 1 is No, then a positive response is required for question 3(a) or 3(b).

---

**H.  POST-JUDGMENT MOTIONS:**  List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (A. R. Cr. P.)):

| DATE OF FILING | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION |
|---|---|---|
| None | | |

---

**I.  NATURE OF THE CASE:**  Without argument, briefly summarize the facts of the case.

Appellate counsel has not yet had an opportunity to review the case and therefore is not aware of the nature of the case sufficient to summarize the facts.

---

**J.  ISSUES ON APPEAL:**  Briefly state the anticipated issues that will be presented on appeal.

Appellate counsel has not yet had an opportunity to review the transcript and does not yet know the issues that will be presented on appeal.

---

**K.  SIGNATURE**

June 28, 2000

Date

*Gary a.c. Backus*

GARY A. C. BACKUS

2000 JUN 30 AM 10: 33

FILED IN
CIRCUIT CLERK'S OFFICE

| State of Alabama | REPORTER'S TRANSCRIPT ORDER B | CR-99-1947 |
|---|---|---|
| Unified Judicial System | See Rules 10(c) and 11(b) or the Alabama Rules of | |
| Form ARAP-1C | Appellate Procedure (A. R. App. P.) | |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

CIRCUIT COURT OF AUTAUGA COUNTY
CARL EMMETT WYATT, Appellant
v.
STATE OF ALABAMA
Case Number CC-99-322      Date of Judgment/Sentence/Order: June 14, 2000
Date of Notice of Appeal: June 19, 2000 (Written)      Indigent Status Granted: Yes

Part I. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE AND Sec. 12-12-72. *CODE OF ALABAMA* 1975).

           GARY A. C. BACKUS
_____    _____
Signature              Date              Print or Type Name

Part 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED. Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (See Rule 10(c)(2). Alabama Rules of Appellate Procedure (A. R. App. P.)):

A. __XX__ TRIAL PROCEEDINGS B Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

       COURT REPORTER(S)
       CAROL FAIN, 8935 U.S. Highway 231, Room 232, Wetumpka, Alabama 36092

B. __XX__ ORGANIZATION OF THE JURY B This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (see Rule 19.4, A. R. Cr. P.)

C. _____ ARGUMENTS OF COUNSEL B Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4 A. R. Cr. P.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

ADDITIONAL PROCEEDINGS REQUESTED      DATE            COURT REPORTER(S)
D. _____

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A. R. App. P.)

PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY ARRANGEMENTS WIT H EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTION; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____    June 28, 2000      GARY A. C. BACKUS
GARY A. C. BACKUS        Date        Print or Type Name

DISTRIBUTION: Original filed with Clerk of the Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

# CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

TO:  The Clerk of the Court of Criminal Appeals of Alabama

Case No. _____ CC-99-322 _____

Date of Notice of Appeal
___ 6/19/00 _____

___ CARL EMMETT WYATT _____
Appellant

v.

State of Alabama
Appellee

    I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages)( 1 volumes of 200 pages each and one volume of __007__ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

    I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

    DATED this __26__ day of ___July___, _____ 2000.

_____
Circuit/Clerk

AUTAUGA
_____
County

| State of Alabama<br>Unified Judicial System<br>Form ARAP-1C | REPORTER'S TRANSCRIPT ORDER B CRIMINAL<br>See Rules 10(c) and 11(b) or the Alabama Rules of<br>Appellate Procedure (A. R. App. P.) | Criminal Appeal Number<br>CR-99-1947 |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

CIRCUIT COURT OF AUTAUGA COUNTY
CARL EMMETT WYATT, Appellant
v.
STATE OF ALABAMA
Case Number CC-99-322                    Date of Judgment/Sentence/Order: June 14, 2000
Date of Notice of Appeal: June 19, 2000 (Written)    Indigent Status Granted: Yes

Part I. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY.  IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE AND Sec. 12-12-72, *CODE OF ALABAMA* 1975).

                                                    GARY A. C. BACKUS
_____    _____    Print or Type Name
Signature          Date

Part 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED. Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (See Rule 10(c)(2), Alabama Rules of Appellate Procedure (A. R. App. P.)):
A. _XX_ TRIAL PROCEEDINGS B Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.
        COURT REPORTER(S)
        CAROL FAIN, 8935 U.S. Highway 231, Room 232, Wetumpka, Alabama 36092
B. _XX_ ORGANIZATION OF THE JURY B This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (see Rule 19.4, A. R. Cr. P.)
C. ____ ARGUMENTS OF COUNSEL B Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4 A. R. Cr. P.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

ADDITIONAL PROCEEDINGS REQUESTED        DATE                COURT REPORTER(S)
D. ____

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A. R. App. P.)

Part 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY ARRANGEMENTS WIT HEACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTION; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_Gary ac Ba_        June 28, 2000        GARY A. C. BACKUS
GARY A C BACKUS      Date                Print or Type Name

DISTRIBUTION: Original filed with Clerk of the Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals; (2) the District Attorney; (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction; and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.