**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 30, 2005

# NOTICE OF CORRECTION

**To:**              **All Counsel of Record**

**From:**            **Clerk's Office**

**Case Style:**      **Carl Emmett Wyatt v. Gwendolyn Mosley, et al.**

**Case Number:**     **#2:05-cv-00781-MEF-DRB**

**Referenced Document:**  Document #9
                          Answer

**This notice has been docketed to enter the corrected pdfs of the Answer, Exhibit 1B - Appellant's Brief and Exhibit 1C - Appellee's Brief into the record. The original pdfs were missing pages, contained upside down pages and blank pages. The corrected pdfs are attached to this notice.**