IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NOTHERN DIVISION

| | |
|---|---|
| CARL EMMETT WYATT<br>Petitioner<br><br>V.S<br><br>GWENDOLYN MOSLEY, WARDEN, et. al<br>Respondant | CIVIL ACTION<br>NO. 2:05-781-F |

Petitioners Response To Court order.
Dated. 3 october 2005

## STATMENT OF FACTS.

On may-8th 2000 The petitioner apeared before a Trial Jury for MURDER and RECKLESS MURDER of his friend Hermon Searcy.
Petitioners attorney failed To apply apropate Law by Letting him stand Trial before a Jury in a bright orange Jail house clothing with the words AUTAUGA COUNTY JAIL stenciled on the front and back. allowing the petitioner To apeare before a Jury he failed To protect his Presumption of Innocense which is a violation of

the petitioners Due prosess rights of the Constitution ammendment #14 as well as his 5th and 6th ammendents. The petitioner was sentenced to 30 yrs D.O.C. for Reckless Murder and was Incaraeited at Easterling Correctional Facility at Clio, Alabama in Feburary 2001. The petitioner and another Inmate began a Search & Discovery of the petitioners Court Transcript and Case Laws in The facality's Law Library. and discovered that the petitioners prosumption of Innocense had been vilated by being allowed to go before a Jury in prison Clothes. So The petitioner Called his brother was Telling him about it. when The petitioner found out That his brother had brought him Clothing To wave To Court. The petitioner did not know at The Time That he had a option. because he was was in State and County Control. The petitioner is sending a signed and notovized Statement To The fact he had brought The petitioner Clothing To wave To Court.

The petitioner prays The Court will grant him a new TRial or other Relief.

Read EXIBITS 2A + 1B + 2B.    Thanks

Dated 11-octobor-2005           Senceorly    Carl Elliott

CERTIFICATE OF SERVICE

I CARL EMMETT WYATT hereby certify on this 11th Day of October 2005 file the foregoing and a signed and notorized statement from my brother. By placing in the U.S Mail box. addressed to : Marc A Starrett office of the Attorney General alabama State house 11 South Union St. Montgomery alabama. 36130-152 and
To. The United States District court of the middle District Northern Division of alabama P.O. box # 711 Montgomery alabama. 36101-0711

Dated 11 october 2005

Signed: Carl E. Wyatt
CARL Emmett Wyatt AIS 211315
Easterling Correctional Facility
200 Wallace Drive.
Clio, alabama 36017