Statement

I Jimmie L. Wyatt did on or about The 6th Day of May 2000 Bring CARL E. Wyatt Clothing To Ware To a Jury Trial. That was to tak place on the 9th Day of May, 2000. Clothing was left at The Front Desk with a Autauga County Sheriff's Deputy at the Autauga County Jail. and he was informed That the Clothes were for Carl E. Wyatt To Ware to Court.

Sworn to and subscribed before my hand on This 2 Day of April 2001

_Jimmie L Wyatt_
Affiant

_Silina Parl_
Notary Public

My Commission Expires
Feb. 13, 2002

My Commission Expires

| Exhibit | |
|---|---|
| A | |