IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NOTHERN DIVISION

| | |
|---|---|
| CARL EMMETT WYATT<br>Petitioner<br><br>V.S<br><br>GWENDOLYN MOSLEY, WARDEN, et. al<br>Respondant | CIVIL ACTION<br>NO. 2:05-781-F |

Petitioners Response To Court order.
Dated. 3 october 2005

## STATMENT OF FACTS.

On may-8th-2000 The petitioner apeared before a Trial Jury for MURDER and RECKLESS MURDER of his Friend Hermon Searcy.
Petitioners attorney failed To apply apropate Law by Letting him stand Trial before a Jury in a bright orange Jail house Clothing with the words AUTAUGA COUNTY JAIL stanciled on the front and back. allowing The petitioner To apeare before a Jury he failed To protect his Presumption of Innocense which is a vilation of

the petitioners Due prosess rights of the Constitution ammendment #14 as well as his 5th and 6th amendments. The petitioner was sentenced to 30 yrs D.O.C. for Reckless Murder and was Incarcerated at Easterling Correctional Facility at Clio, Alabama in February 2001. The petitioner and another Inmate began a search & Discovery of the petitioner's Court Transcript and Case Laws in the facality's Law Library. And discovered that the petitioners presumption of Innocense had been vilated by being allowed to go before a Jury in prison Clothes. So The petitioner Called his brother was Telling him about it. When The petitioner found out That his brother had brought him Clothing to ware to Court. The petitioner did not know at The Time that he had a option. because he was was in State and County Control. The petitioner is sending a signed and notorized statement To the fact he had brought The petitioner Clothing To ware To Court.

The petitioner prays The Court will grant him a new Trial or other Relief.
Read EXIBITS 2A + 1B + 2B.   Thanks

Dated 11-October-2005        Sencearly  Carl Elliott

CERTIFICATE OF SERVICE

I CARL EMMETT WYATT hereby certify on this 11th Day of October 2005 file the foregoing and a signed and notarized statement from my brother. By placing in the U.S mail box addressed to Marc A Starrett office of the Attorney General Alabama State house 11 South Union St. Montgomery Alabama. 36130-152 and
To. The United States District Court of the middle District Northern Division of Alabama P.O. box # 711 Montgomery Alabama. 36101-0711

Dated 11 October 2005

Signed: Carl E Wyatt
CARL Emmett Wyatt #152(1365
Easterling Correctional Facility
200 Wallace Drive.
Clio, Alabama 36017

Statement

I Jimmie L. Wyatt did on or about the 6th Day of May 2000 Bring CARL E. Wyatt Clothing to ware to a Jury Trial. That was to tak place on the 9th Day of May, 2000, Clothing was left at The Front Desk with a Autauga County Sheriff's Deputy at the Autauga County Jail. and he was informed that the Clothes were for Carl E. Wyatt to Wave to Court.

Sworn to and subscribed before my hand on this 2 Day of April 2001

Jimmie L. Wyatt
Affiant

Silina Parl
Notary Public

My Commission Expires
Feb. 13, 2002
My Commission Expires

Exhibit A