IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL EMMETT WYATT<br>Petitioner<br><br>V.s<br><br>GWENDOLYN MOSLEY, WARDEN, et al.,<br>Respondants | CIVIL ACTION NO.<br>2:05-CV-781-F |

Comes now the petitioner in response to respondants supplemental answer to Court Order Dated 14 October 2005. The petitioner had no knowlege of the vilation of Persomption of innocence by being Tried by Jury Dressed in Jail house/or prison bright orange clothing with AUTAUGA County Jail printed/stenciled on front and Back of Shirt and pants, until i arived at Easterling Correctional Facility and began to Reserch Case laws to file my Rule 32. Fother more my First Court appointed attourny Robert Bowers. Jr. allowed me to apear before a Trial Jury in Bright Orange and my Second Appeals Attourny Gary A.C. BACKUS

failed To argue The vilation when he appealed my case To The court of crimminals apeals and the Supreme court. IN EXHIBIT-1A my offical Trial Transcript page-10, lines 9-18- and page 70 Lines -13-20. The D.A. clearly identified Mr. Wyatt as The man in orange. The prison/Jail Clothing could have and most likly did effect the Jurors Judgment. My appeals Attourny Gary AcBackds should have Realized The presumption of innocence vilatition when he Read my Transcript To prepair my appeal brief and arguement. The issue is did Counsel for Carl E. Wyatt peform his duties as providing adequite legal assistance To the accused. The petitioner Raised This issue in his Rule 32 EXHIBIT 2-A Brief and arguement Page-1-A-1. Reads as follows. On Tuesday may 9th 2000 at 9:25 Am The Circuit court of Autauga county, alabama, before Hon. JoHN B. BUSH, instructed The Jury That mr. wyatt comes into court Clothed in The Presumption of innocence. However, Carl E. Wyatt was Clothed in a Autauga County Jail orange uniform with the words stenciled/printed on front and Back of the uniform. Specifically,

Wherefore The petitioner prays This court will vacate this Conviction or Sentence or in The alternate, apoint Counsel hold a evidaitial Hearing

## Certificate of Service

I Carl Emmett Wyatt certify that i have on 7th day of November 2005 served a copy of this Brief and argument upon the following offices.

1. Troy King Attorney General's office State of Alabama 11 South Union street, Montgomery Alabama. 36130-0152 and the office of.

2. Office of The Clerk. United States District Court P.O. Box-711 Montgomery, Alabama 36101-0711 By placing in the United States postal mail box at Easterling Correctional Facility Postage prepaid.

Respectfully Submitted.

Carl E. Wyatt
CARL EMMETT WYATT A:# 211315
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
Clio, ALABAMA. 36017