RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---

CARL EMMETT WYATT
  petitioner

V's

GWENDOLYN MOSLEY, WARDEN, et al.,
  Respondant

CIVIL ACTION NO.
2:05-CV-781-F

---

Now comes the petitioner in response to Respondant's Second Supplemental answer to the Courts Rule-5 Rules Governing Section 2254 Cases in the United States District Court (Doc-No.20) The Claim Therein That The Claim presented by petitioner in his Second amendment petition (Doc-18.) provides no basis for relief specifically, but petitioner argues That in his Rule 32 post conviction Remmedy did argue the point of Newly Discovered evidence on EXHIBIT-2A-page-1, A-1, and page-2-II The Rule 32 was posted on The Case action Summary 6/27/01 and in EXHIBIT-2B page 6, The petitioner argues the same about being compailed to go to Jury trial in orange Jail House Clothing, and EXHIBIT 2C page 4 line II Rule 32 Brief of appellant argues the

the point of being Compelled to face Jury trial in prison Clothing. and petitioner specifically argues the vilition of wairing prison clothing To Jury Trial on page 10 of EXHIBIT-2C. and Application for Rehearing and Rule 39 k motion EXHIBIT 2-F. The vilition of Wairing of prison clothing was argued. and in Brief To appelee EXHIBIT 2-H page 7-11 the prison clothing was also argued. Dated 13 Aug 2004. and I did not know about the vilition of the/my appointed Counsel's vilation of allowing me to appear before trial Jury in bright orange Clothing until i was sent to Easterling Correctional Facility Clio, Alabama 36017, and me and another inmate was Researching some Caselaws in the filing a Rule 32 that i found out that i had been vilited my presumption of Inense by my attourney Bentley v Christ 469 F. 2d 854 (1972) the Court Held the following. Compelling accused To wear prison clothing may deny him presumption of innocence and attire with Word (jail or Sheriff) stenciled on it is prison Clothing, and so is argued in my Rule 32 brief EXHIBIT 2-A- page 1. with This Brief and argument the appellant or petitioner pray this Court will except it in good cause and the court address the procedurally bared claim under the fundamental miscarriage of Justice exception.

and the petitioner prays this Court will grant him Relief Requested in petition or other Relief. To vacate his conviction and sentence or in the alternate

Done this 5th day of December 2005

Respectfully Submitted
Carl E. Wyatt
CARL EMMETT WYATT AIS 211315
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA. 36017

CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing brief and argument has been served upon the office of the Attorney General's office 11 South Union Street. Montgomery, Alabama 36130, 052. and the office of the Clerk of The United States District Court. P.O. Box# 0711 Montgomery Alabama, 36101-0711. by placing same in the U.S. mail box at Easterling Correctional Facility postage prepaid. on this date 5-Dec-2005

Respectfully. Carl E. Wyatt