CARL E. WYATT AIS 217315
P.O. BOX 1030
LOXLEY AL. 36551-1030

In Ref. To. Case No. Civil Action No. 2:05-CV-781-F

Dear Hon. Delores R. Boyd

I have been Transfered To a Work Release Comp My Change of address is above for your Referance in The above Case Thanks.

Respectfully Carl E. Wyatt

Levi E Wyatt AIS 211315
P.O. Box 1030
Loxley, Alabama 36551-1030

MOBILE AL 366
07 MAY 2007 PM 1 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711