IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| CARL EMMETT WYATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:05-cv-0781-MEF |
| | ) | |
| GWENDOLYN MOSLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

On September 14, 2007, the Magistrate Judge filed a Recommendation (Doc. #24) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2. That the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

DONE this the 16th day of October, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE